CENTER FOR DISABILITY ACCESS
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTONIO FERNANDEZ, | Case No. 2:20-cv-05406-DMG-KS |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | |
| THE QUAD AT WHITTIER, LLC, a Delaware Limited Liability Company; BIG 5 CORP., a Delaware Corporation; and Does 1-10, | |
| Defendants. | |

Please take notice that Amanda Seabock of the firm Center for Disability Access, 8033 Linda Vista Road, Suite 200, San Diego, CA 92111, hereby appears as counsel on behalf of Plaintiff ANTONIO FERNANDEZ. All pleadings and other documents served on ANTONIO FERNANDEZ should also be directed to the attention of Amanda Seabock.

Dated: November 11, 2020         CENTER FOR DISABILITY ACCESS

                                 By: /s/ Amanda Seabock
                                     Amanda Seabock
                                     Attorney for Plaintiff